UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THELMA WOLFE,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:12-1868** |
| **v.** | : | |
| | : | **(JUDGE MANNION)** |
| **CAROLYN W. COLVIN,** | : | |
| **Acting Commissioner of** | | |
| **Social Security**[1]**,** | : | |
| **Defendant** | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the plaintiff's appeal of the decision of the Commissioner of Social Security, **(Doc. 1)**, is **GRANTED IN PART AND DENIED IN PART** as discussed by the court in its accompanying memorandum;

**(2)** the instant action is **REMANDED** to the Commissioner of Social Security for further consideration of the plaintiff's testimony and subjective complaints, as well as for reconsideration of the plaintiff's residual functional capacity to the extent that it is based upon the plaintiff's subjective

---

[1]On February 14, 2013, Carolyn Colvin became acting Commissioner of the Social Security Administration. Pursuant to Fed.R.Civ.P. 25(d), she has been substituted as the defendant.

complaints, and to conduct further proceedings as deemed appropriate; and

**(3)**  the Clerk of Court is directed to **CLOSE** this case.


                                                            s/ *Malachy E. Mannion*
                                                            **MALACHY E. MANNION**
                                                            **United States District Judge**

**Dated:**  April 29, 2014

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2012 MEMORANDA\12-1868-01-hhs-ORDER.wpd